# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-725

_____

JAMES G DEESE,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

September 25, 2020


PER CURIAM.

   AFFIRMED.

LEWIS, NORDBY, and LONG, JJ., concur.

_____

   ***Not final until disposition of any timely and
   authorized motion under Fla. R. App. P. 9.330 or
   9.331.***

_____

Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.